**Order entered January 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00092-CV

### IN RE LINDA J. HART, Relator

**Original Proceeding in the Court of Appeals Fifth District of Texas at Dallas**
**Dallas County, Texas**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.


/s/     ROBERT M. FILLMORE
        JUSTICE